Bernard F. Pohren, appellee, v. R. W. Youngberg and Carl Erickson, trading as Blackhawk Welding Shop, appellants. Gen. No. 8,723.

Opinion filed May 10, 1934. Rehearing denied June 25, 1934.
Frank M. Ryan, for appellants. Hershenson & Hershenson and Welsh & Welsh, for appellee; Edward Hershenson, of counsel.
Mr. Presiding Justice Wolfe delivered the opinion of the court.